FILED

MAR 14 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG WV 26301

In the United States District Court For the Northern District of West Virginia Clarksburg

Steven Stanley
    Petitioner,

v.   Civil Action No. 1:19-cv-152
    Judge Bailey

R. Hudgines, Warden
    Respondent.

## Formal Request For Notice of Appeal/Certificate of Appealability

I, Steven Stanley, am not a lawyer and respectfuly request libral consideration of this Request to Appeal as it applies to Relevant Law.

I am Requesting a Notice of Appeal as to the Feb. 22, 2022 order to dismiss case in Civil Action No. 1:19-cv-152

I am Requesting a Certificate of Appealability on the issue: DOES Conspiracy to violate the Substantive elements of 924(c) specifically whether 924(o) Quilifies as a valid crime of violence predicate in light of the substantive change in 4th. Cir. Law.

Dated: March 3, 2022

                                  Steven Stanley
                                  /s/ Steven Stanley